IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE LEWIS T. BABCOCK

_____

| | |
|---|---|
| Courtroom Deputy: LaDonne Bush | Date: November 30, 2011 |
| Court Reporter: Gwen Daniel | Probation: Jan Woll |
| | Interpreter: Ruth Warner |

_____

Criminal Action No. 11-cr-00287-LTB           *Counsel:*

UNITED STATES OF AMERICA,                    Robert Brown

    Plaintiff,

v.

1. FERNANDO HERNANDEZ-ROSALES,        Brian Leedy

    Defendant.

_____

## COURTROOM MINUTES - SENTENCING
_____

9:02 a.m.     Court in Session.

Defendant is present and in custody.

Interpreter sworn.

> Defendant plead guilty to Count 1 of the Indictment on September 20, 2011.

Argument regarding Defendant's Motion for a Variant Sentence.

Statement by Defendant.

Court's findings.

**ORDERED:** Defendant's Motion for a Variant Sentence (Doc. 22) is granted to 36 months.

**ORDERED:**  Pursuant to the Sentencing Reform Act of 1984, Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of 36 months.

**ORDERED**:  Defendant shall not illegally possess a firearm or a controlled substance.

**ORDERED:**  Defendant shall not reenter the United States illegally.

**ORDERED:**  Defendant shall pay a special assessment of $100.00 which is due immediately.

**ORDERED:**  No fine is imposed because Defendant has no ability to pay a fine.

Defendant is advised of his right to appeal.

**ORDERED:**  Defendant is remanded to the custody of the United States Marshal.

10:15 a.m.    Court in Recess.

Hearing concluded

Time:  01:13